IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kevin A. Moyer, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Borsheim Builders Supply, Inc. and | ) | |
| Custom Welding & Metal | ) | |
| Fabricating, Inc., | ) | |
| | ) | Case No. 1:11-cv-064 |
| Defendants. | ) | |

On October 28, 2011, the parties filed a Stipulation for Dismissal without Prejudice. The court **ADOPTS** the parties' stipulation (Docket No. 15). The above-entitled action is **DISMISSED** without prejudice and without cost to either party.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2011.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr., Magistrate Judge
                                            United States District Court